UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CHARRETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 24-cv-06392-JD<br><br>**ORDER** |

This social security appeal was filed by Denise Charrette, pro se, on behalf of her 23-year-old son, Anjele Jaime McCullough. Dkt. No. 1. There is no indication that Denise Charrette is an attorney, and she may not represent her son. *See* Civil L.R. 3-9(a) ("Any party representing him or herself without an attorney must appear personally and may not delegate that duty to any other person who is not a member of the bar of this Court."); *see also Grizzell v. San Elijo Elementary School*, 110 F.4th 1177, 1181 (9th Cir. 2024) ("a parent may not proceed *pro se* on behalf of her children.").

Plaintiff Anjele Jaime McCullough will have 60 days from the date of this order to appear through an attorney who is a member of the bar of this Court. If an attorney does not appear on his behalf, the case will be dismissed without prejudice. The application to proceed in forma pauperis, Dkt. No. 2, is denied because it was completed by Denise Charrette as the applicant and was also incomplete.

**IT IS SO ORDERED.**

Dated: September 23, 2024

                                            JAMES DONATO<br>
                                            United States District Judge